Gregory G. Petersen, SBN 77744
Richard L. Hutchinson, SBN 92727
**GREGORY G. PETERSEN ALC**
4425 Jamboree Road, Suite 175
Newport Coast, CA 92657
Telephone (949) 864-2173
Facsimile (949) 640-8983
GGPetesenLaw@GMail.Com



FILED
CLERK, U.S. DISTRICT COURT
JUL 21, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ANTHONY ACEVES, et al

　　　　　Plaintiffs,

vs.

CITY OF LOS ANGELES and Does 1 through 200 [10] inclusive,

　　　　　Defendant

Case No.: **CV14-05678 JAK(CWx)**

**NOTICE OF RELATED CASES**

　　Pursuant to Local Rule 83-1.3, Plaintiffs hereby provide notice of the following related cases currently pending before this Court, arising from the same or closely related transactions or events, calling for the determination of the same or substantially related issues of law and fact, and which would entail substantial duplication of labor if heard by different judges.

　　1.  Alaniz v. City of Los Angeles, Case No.: 2:04-cv-08592-GAF-AJW
　　2.  Mata v. City of Los Angeles, Case No.: 2:07-cv-06782-GAF-AJW

In addition, the following cases, which are being filed contemporaneously with the above-entitled case, likewise assert claims arising from the same or closely related transactions or events, calling for the determination of the same or substantially related issues of law and fact, and which would entail substantial duplication of labor if heard by different judges.

1. Ricardo Acosta, et al v. City of Los Angeles, et al
2. Tyrone Acosta, et al v. City of Los Angeles, et al
3. Roy Agbanawag, et al v. City of Los Angeles, et al
4. Frank Amador, Jr., et al v. City of Los Angeles, et al
5. Mark Aragon, et al v. City of Los Angeles, et al
6. Ismael Aldaz, Sr., et al v. City of Los Angeles, et al
7. Teresa Alonzo, et al v. City of Los Angeles, et al
8. Carolyn Coward, et al v. City of Los Angeles, et al
9. Freddie Ackerley, et al v. City of Los Angeles, et al
10. Robert Alvarado, et al v. City of Los Angeles, et al
11. Ruben Arellano, et al v. City of Los Angeles, et al
12. Meghan Aguilar, et al v. City of Los Angeles, et al
13. Victor Acevedo, et al v. City of Los Angeles, et al
14. Troy Abordo, et al v. City of Los Angeles, et al
15. Juan Aguilar, et al v. City of Los Angeles, et al
16. Guadalupe Alaniz, et al v. City of Los Angeles, et al
17. Dino Angelo, et al v. City of Los Angeles, et al
18. Jason Abner, et al v. City of Los Angeles, et al
19. Heath Adams, et al v. City of Los Angeles, et al
20. Benny Abucejo, et al v. City of Los Angeles, et al
21. Randolph Agard, et al v. City of Los Angeles, et al

22. Camille Armstead, et al v. City of Los Angeles, et al
23. Roger Archambault, et al v. City of Los Angeles, et al
24. Horacio Aguirre, et al v. City of Los Angeles, et al
25. Efren Acosta, et al v. City of Los Angeles, et al
26. Andre Abrams, et al v. City of Los Angeles, et al
27. Fredger Alexander, et al v. City of Los Angeles, et al

DATED: July 20, 2014            **GREGORY G. PETERSEN ALC**

By: S/ Gregory G. Petersen
Gregory G. Petersen
Attorney for Plaintiffs