```
1  Gregory G. Petersen | SB No: 77744
2  **GREGORY G. PETERSEN, ALC**
3  4425 Jamboree Road, Suite 175
   Newport Beach, CA 92660
4  Tel. (949) 864-2200
5  Fax (949) 640-8983
6  Attorney for Plaintiffs
```

Gregory G. Petersen | SB No: 77744
**GREGORY G. PETERSEN, ALC**
4425 Jamboree Road, Suite 175
Newport Beach, CA 92660
Tel. (949) 864-2200
Fax (949) 640-8983

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY ACEVES, *et al.*, v. City of Los Angeles, *et al.*, | Case Number:  14-cv-05678-JAK-CW  **AMMENDED NOTICE OF INTERESTED PARTIES** |
|---|---|

TO THE COURT AND TO ALL COUNSEL OF RECORD:

Pursuant to Central District Local Rule 7.1-1, the undersigned, counsel of record for Plaintiffs, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

<u>Defendant</u>

1. City of Los Angeles

<u>Plaintiffs</u>

1. Anthony Aceves

2. Please see Attachment A for additional joined plaintiffs.

1

1
2  Dated:        September 12, 2014
3
4                                              /s/  *Gregory G. Petersen*
                                               Gregory G. Petersen
5                                              Attorney for Plaintiffs
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT A

# ADDITIONAL LIST OF PLAINTIFFS

1. Craig Adams

2. Felicia Bailey

3. Kenneth Bartnicki

4. James Bland

5. Julie Browne

6. Julian Canales

7. Jose Castellanos

8. James Chong

9. Crystal N. Davis

10. Crystal Nova Davis

11. Jorge De Jesus III

12. Christy Donorovich-O'Donnell

13. Lisa Duran

14. Stacie French

15. Daniel Garcia

16. Richard Garibay

17. Patricia Guessferd

18. Emerson Holder

19. Francisco Hurtado

20. Michael Jolicoeur

21. Ho Kim

22. Kent Lau

23. Clancy Maihori

24. Gus Martinez

25. Henry Mendoza

26. Roderick Miller

27. Steve Morris

28. Maria Morrison

29. Gregory Nichols

30. Adam Niebergall

31. Daryl Ordone

32. John Pasquariello

33. Adrianna Prado

34. Lashawna Pugh

35. Daniel Putz

36. Thomas Ralph

37. Richard Russell

38. Sally Santamaria

39. Joseph Satow

40. Kyle Tolliver

41. Michael Tolmaire

42. Shawntrice Watkins

43. Feliciano Wilson

44. Amy Wong

45. Anthony Vilardo

46. Diana Zamora

47. James Sands

48. Rosalyn Clark

49. Joyce Davis

50. Travonne Dixon

51. Stephen Gordon

52. Joel Hernandez

53. Jason Jacobson

54. Robin Jones

55. Michael Karatsonyi

56. Celia Komathy

57. Richard Larimer

58. Robert Lewis

59. Richard Melendez

60. Yvette Perrodin

61. Linda Thompson

62. Manuel Vides

63. Laura Windsor

64. Maria Yamamoto

65. Gilbert Escontrias

66. Ted Reyland

67. Rosibel Smith